UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WICONSIN

UNITED STATES OF AMERICA,
                     Plaintiff,

v.                                                      11CR281

TYRONE MCMILLIAN,
                     Defendant.

MOTION TO ADJOURN THE JURY TRIAL

      NOW COMES, the above-named defendant, Tyrone McMillian, by and through his attorney Gerald P. Boyle and hereby requests an adjournment of the jury trial in this matter. This request is based upon the following:

1. The above-mentioned matter is currently scheduled for trial on Monday, May 13, 2013 at 9:00 a.m before the Honorable Rudolph T. Randa.

2. The above defendant has another jury trial scheduled for Tuesday, May 28, 2013 at 8:30 a.m., as well as a final pretrial conference scheduled for Tuesday, May 21, 2013 at 8:30 a.m., before the Honorable Charles N. Clevert, Jr., Case No. 11CR193.

3. It is the undersigned's belief that because of the potential impact of the trial before Judge Clevert on the trial before Judge Randa, and the possibility that the above case will then no longer have to take place, it would make judicial sense for the Judge Clevert case to take place prior to the above matter now scheduled for May 13, 2013.

4. Based upon the above, the undersigned would respectfully request that the May 13, 2013 trial date be moved to a date after May 28, 2013.

Dated at Milwaukee, Wisconsin, this 3rd day of May, 2013.

        By: /s/ Gerald P. Boyle
           GERALD P. BOYLE
           Attorney for Defendant

           State Bar ID No. 1008395
           Boyle, Boyle & Boyle, S.C.
           2051 West Wisconsin Avenue
           Milwaukee, WI 53233
           nwf@execpc.com
           secretary@boylelaw.com
           Telephone: (414) 343-3300
           Facsimile: (414) 343-3310