UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WICONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            11CR281

TYRONE MCMILLIAN,

    Defendant.

## MOTION TO ADJOURN TRIAL DATE
## AND WAIVE RIGHT TO A SPEEDY TRIAL

NOW COMES, the defendant, Tyrone McMillian, by and through his attorney Gerald P. Boyle and hereby requests to waive his right to a speedy trial. This request is based upon the following:

1. The undersigned and Assistant United States Attorney Joseph R. Wall are attempting to resolve this matter.

2. Due to this and the fact that the undersigned and AUSA Wall have recently concluded a trial before the Honorable Charles N. Clevert, Jr. (11-CR-193), also related to Mr. McMillian, additional time is required to reach a resolution.

3. As a result of the above, the undersigned would request that this court allow Mr. McMillian to waive his right to a speedy trial. The undersigned believes that with the additional time, a resolution will be reached in this matter.

4. Mr. McMillian agrees that an adjournment of any trial and waiver of his right to a speedy trial is in his best interest and he is therefore in total agreement to this request.

5. That this request is being made in good faith and not for any undue delay. In addition the undersigned strongly believes that this matter will resolve short of trial.

Dated at Milwaukee, Wisconsin, this 27th day of June, 2013.

BOYLE, BOYLE & BOYLE, S.C.

By: /s/ Gerald P. Boyle
GERALD P. BOYLE
Attorney for Defendant

State Bar ID No. 1008395
Boyle, Boyle & Boyle, S.C.
2051 West Wisconsin Avenue
Milwaukee, WI 53233
nwf@execpc.com
secretary@boylelaw.com
Telephone: (414) 343-3300
Facsimile: (414) 343-3310